IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TINA STRASBURGER,

    Plaintiff,                                  Case No. 3:21-cv-246

vs.

COMMISSIONER OF THE SOCIAL          District Judge Michael J. Newman
SECURITY ADMINISTRATION,              Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

**ORDER: (1) GRANTING THE PARTIES' JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (DOC. NO. 13); (2) AWARDING PLAINTIFF $5,143.25 IN EAJA FEES; AND (3) CLARIFYING THAT THIS CASE REMAINS TERMINATED ON THE DOCKET**

---

        This Social Security disability benefits appeal is before the Court on the parties' joint, unopposed motion in which they agree that Plaintiff should be awarded attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the amount of $5,143.25. Doc. No. 13. Based upon the parties' joint, unopposed motion in which they present no dispute that all requirements are met for the reasonable award of EAJA fees, and that the requested EAJA award satisfies Plaintiff's claims for fees, costs, and expenses, the Court: (1) **GRANTS** the parties' joint, unopposed motion (Doc. No. 13); and (2) **AWARDS** Plaintiff EAJA fees in the amount of $5,143.25. As no further matters are pending for review, this case remains **TERMINATED** on the Court's docket.

        **IT IS SO ORDERED.**

Date:  September 21, 2022                         s/Michael J. Newman
                                                                          Hon. Michael J. Newman
                                                                          United States District Judge